1  Robert B. Jobe (Cal. State Bar #133089)
   LAW OFFICE OF ROBERT B. JOBE
2  550 Kearny Street, Suite 200
   San Francisco, CA 94108
3  Tel:  (415) 956-5513
   Fax:  (415) 840-0308
4  Email: bob@jobelaw.com

5  Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN BAPTIST SEMINARY, et al., | No. C-06-05753 JSW |
| Plaintiffs, | **STIPULATION TO CONTINUE HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT; AND [PROPOSED] ORDER** |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, et al., | |
| | Date: June 15, 2007<br>Time: 9:00 a.m. |
| Defendants. | |

Plaintiffs, by and through their attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to continue the Hearing on Cross-Motions for Summary Judgment, currently scheduled on June 15, 2007 at 9:00 a.m., on the following grounds:

1. At the Initial Case Management Conference, the Court set the following briefing schedule for cross-motions for summary judgement:

Plaintiffs to file opening brief: 4-13-07

Defendants to file opposition and cross-motion: 4-27-07

Plaintiffs to file reply and opposition to cross-motion: 5-11-07

Stipulation to Continue Motion Hearing Date
No. C 06-05753 JSW

Defendants to file reply: 5-25-07

Hearing on Cross-Motions for Summary Judgment: 6-15-07 at 9:00 a.m.

2. Plaintiffs' counsel is scheduled to lead a session on June 15, 2007, at the annual conference of the American Immigration Lawyers Association, which will take place in Orlando, Florida from June 13, 2007 - June 16, 2007.

3. Accordingly, the parties respectfully request that, pursuant to their stipulation, the Court continue the motion hearing to June 22, 2007 at 9:00 a.m.

DATED: April 20, 2007                    Respectfully submitted,

/s/

ROBERT B. JOBE[1]
Law Office of Robert B. Jobe
Attorney for Plaintiffs

DATED: April 20, 2007                    SCOTT N. SCHOOLS
United States Attorney

/s/

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: April 25, 2007

JEFFREY S. WHITE
United States District Judge

---

[1] I, Robert B. Jobe, attest that both Edward Olsen and I have signed this document.

Stipulation to Continue Motion Hearing Date
No. C 06-05753 JSW                    2