SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN BAPTIST SEMINARY OF THE WEST; REV. DESMOND HOFFMEISTER; BEVERLY HOFFMEISTER; SHERWYN HOFFMEISTER; CANDICE HOFFMEISTER; CARMEN HOFFMEISTER,<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; CALIFORNIA SERVICE CENTER; CHRISTINA POULOS, DIRECTOR, CALIFORNIA SERVICE CENTER; DONALD W. NEUFELD, FORMER DIRECTOR, CALIFORNIA SERVICE CENTER, ROBERT P. WEIMANN, DIRECTOR, ADMINISTRATIVE APPEALS OFFICE,<br><br>    Defendants. | No. C 06-5753-JSW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

The plaintiffs, by and through their attorneys of record, and the defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to dismissal of the above-entitled action in light of the fact that the Administrative Appeals

STIPULATION TO DISMISS
C 06-5753-JSW                    1

1  Office has agreed to rescind its March 1, 2005 decision dismissing American Baptist
2  Seminary of the West's (ABSW) appeal from the United States Citizenship and Immigration
3  Services' (USCIS) denial of its I-360 petition, to rescind its May 25, 2006 decision re-
4  affirming its March 1, 2005 decision, and to issue a new decision sustaining ABSW's appeal
5  from USCIS' denial of its I-360 petition.

6      The parties further ask this Court to vacate the briefing schedule and the hearing date in
7  this case, and to stay the issuance of its order adopting the parties' stipulation to dismiss for
8  30 days to give the Administrative Appeals Office the opportunity to issue a new decision
9  sustaining ABSW's appeal from the denial of its I-360 petition.

10     Each of the parties shall bear their own costs and fees.

12  Date: April 26, 2007                       Respectfully submitted,

13                                                 SCOTT N. SCHOOLS
                                               United States Attorney

15                                                 /s/
16                                                 EDWARD A. OLSEN
                                               Assistant United States Attorney
                                               Attorneys for Defendants

19  Date: April 26, 2007                          /s/
                                               ROBERT B. JOBE
20                                                Law Office of Robert B. Jobe
                                               Attorneys for Plaintiffs

## ORDER

    Pursuant to stipulation, IT IS SO ORDERED.

Dated: April 30, 2007                        /s/ Jeffrey S. White
                                               JEFFREY S. WHITE
                                               United States District Judge